Michael W. McKelleb, Esq., 12040
ANGIUS & TERRY LLP
1120 N. Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com

Attorneys for Defendant
*ATC ASSESSMENT COLLECTION GROUP, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION; RLP COGBURN LLC; ATC ASSESSMENT COLLECTION GROUP, LLC;<br><br>Defendants. | Case No.: 2:16-cv-00776 |

## SUBSTITUTION OF ATTORNEY

Please take notice that the law firm of Angius & Terry LLP, hereby consents to the substitution of Chris Yergensen, Esq., as the attorney of record for ATC Assessment Collection Group, LLC, in its place and stead in the above-entitled matter.

Dated this 23 day of ~~July~~ August, 2016.

_____
Michael W. McKelleb, Esq.
SBN: 12040
Angius & Terry LLP
1120 N. Town Center Dr., #260
Las Vegas, NV 89144

Chris Yergensen, Esq., hereby accepts the above and foregoing substitution as counsel of record in the above-entitled matter in the place and stead of Angius & Terry LLP.

Dated this ___ day of July, 2016.

_____
Chris Yergensen, Esq.
6224 W. Desert Inn Rd.
Las Vegas, NV 89146
(P) 702-804-8885
(F) 702-804-8887
Bar # 6183

Defendant ATC Assessment Collection Group, LLC, hereby consents to the substitution of Chris Yergensen, Esq., as counsel of record for ATC Assessment Collection Group, LLC in the above-entitled matter in the place and stead of Angius & Terry LLP.

Dated this ___ day of July, 2016.

**ATC Assessment Collection Group, LLC**

By: _____

Its: _____CEO_____

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8/29/2016

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017