1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, Nevada 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: jamie.combs@akerman.com

7 *Attorneys for Bank of America, N.A., as
Successor by Merger to BAC Home Loans*
8 *Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION; RLP COGBURN LLC; and ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00776-RFP-GWF<br><br>**NOTICE OF DISASSOCIATION** |
| RLP COGBURN LLC,<br><br>Counter Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Counter Defendant. | |

{41840886;1}

| | |
|---|---|
| 1 | RLP COGBURN, LLC, |
| 2 | Cross Claimant, |
| 3 | v. |
| 4 | ELKHORN COMMUNITY ASSOCIATION, |
| 5 | Cross Defendant. |

PLEASE TAKE NOTICE that Bank Of America, N.A., Successor By Merge To BAC Home Loans Servicing, LP, hereby provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Bank Of New York Mellon in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, ESQ. and Jamie K. Combs, ESQ. receive all future notices.

Respectfully submitted, this 23rd day of May, 2017.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 5/24/2017

_____
UNITED STATES MAGISTRATE JUDGE

{41840886;1}  2