Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
E-mail: thansen@nvlaw.us
*Attorney for RLP Cogburn LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br>　　　　Plaintiff,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; RLP COGBURN LLC, AND ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTIONS, LLC,<br>　　　　Defendants. | Case No.: 2:16-cv-00776-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RLP COGBURN, LLC TO FILE DISPOSITIVE MOTION** |
| RLP COGBURN LLC,<br>　　　　Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.;<br>　　　　Counterdefendant. | |
| RLP COGBURN LLC,<br>　　　　Crossclaimant,<br><br>vs.<br><br>ELKHORN COMMUNITY ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC FKA ANGIUS & TERRY COLLECTIONS, LLC,<br>　　　　Crossdefendants. | |

# STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RLP COGBURN, LLC TO FILE DISPOSITIVE MOTION

Plaintiff, BANK OF AMERICA, N.A. (hereinafter "Plaintiff" or "BOA"), Defendant ELKHORN COMMUNITY ASSOCIATION (hereinafter "Defendant" or "ELKHORN"), and Defendant RLP COGBURN LLC (hereinafter "RLP") by and through their attorneys of record, hereby stipulate and agree to extend the time for RLP to file their dispositive motion until July 15, 2019.

DATED this ___ day of July, 2019.

**MORTENSON & RAFIE, LLP**

/s/ *Darius F. Rafie*
_____
Darius F. Rafie, Esq.
Nevada Bar No. 6465
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: thansen@nvlaw.us
*Attorneys for Defendant,*
*RLP Cogburn, LLC*

DATED this ___ day of July, 2019.

**AKERMAN LLP**

/s/ *Jamie K. Combs*
_____
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Cir., Ste. 200
Las Vegas, NV 89134
Ph: 702-634-5000
Fx: 702-380-8572
*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP*

DATED this ___ day of July, 2019.

**BOYACK ORME & ANTHONY**

/s/ *Colli C. Mckiever*
_____
Colli C. Mckiever, Esq.
Nevada Bar No. 13724
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
Ph: 702-562-3415
Fx: 702-562-3570
*Attorneys for Defendant*
*Elkhorn Community Association*

## **ORDER**

Based on the above stipulation, it is hereby Ordered that the time for Defendant RLP Cogburn to file its Dispositive Motion is extended until July 15, 2019.

DATED this 15th day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**MORTENSON & RAFIE, LLP**

/s/ *Darius F. Rafie*
_____
Darius F. Rafie, Esq.
Nevada Bar No. 6465
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: thansen@nvlaw.us
*Attorneys for Defendant,
RLP Cogburn, LLC*